IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARY LEE GERBER, JR.,** : | | |
| Petitioner : | | |
| : | No. 1:18-cv-02358 | |
| v. : | | |
| : | (Judge Rambo) | |
| **JOHN WETZEL, et al.,** : | | |
| Respondents : | | |

**AND NOW**, on this 7th day of January 2019, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner's request that disposition of his pending habeas corpus petition be stayed (Doc. No. 4), is **GRANTED**;

2. Adjudication of Petitioner's federal habeas corpus action is **STAYED**;

3. Within thirty (30) days of the termination of his state court proceedings, Petitioner is directed to file a written status report with the Court detailing the conclusion of his Pennsylvania state court exhaustion efforts and including a copy of the state court's disposition; and

4. For administrative purposes only, the Clerk of Court is directed to mark this matter **CLOSED**.

    s/Sylvia H. Rambo
    SYLVIA H. RAMBO
    United States District Judge